WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Plante,<br><br>    Petitioner,<br><br>v.<br><br>Terry L. Stewart, et al.,<br><br>    Respondent(s). | No. CV 02-2022-PHX-DGC (MS)<br><br>**ORDER** |

Pending before the Court is United States Magistrate Judge Morton Sitver's Report and Recommendation ("R&R") Doc. #24. The R&R recommends that the Court deny the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. Doc. #1. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to de novo review of such determination. R&R at 20 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). The Court granted Petitioner a forty-five day extension to file his objection to the R&R on or before September 19, 2005. Doc. #27. To date, no objection has been filed.

Because the Petitioner did not file objections, the Court is relieved of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The Court has nonetheless reviewed the R&R and finds that

it is well taken. The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that Magistrate Judge Morton Sitver's R&R (Doc. #24) is **accepted**.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

DATED this 3rd day of October, 2005.

_____
David G. Campbell
United States District Judge