**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Kenneth Plante | ) | |
| | ) | CV 02-2022-PHX-DGC-MS |
|     Petitoner | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| Terry L. Stewart, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
|     Respondents | ) | |

____     **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS THEREFORE ORDERED that Magistrate Judge's R&R (Doc. #24) is accepted. IS IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus is denied.


                                                October 4,2005

                                                RICHARD H. WEARE
                                                Clerk/DCE

                                                 S/ Tammy Johnson

                                                 (By) Deputy Clerk